IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                           **4:08MJ6065**

**DAVID WILLIAMS**

## ORDER

Pending are Defendant's emergency motion for temporary restraining order and objection to the Magistrate's order dated December 19, 2008. (Docket #'s 12 and 13). On December 17, 2008, the Chief Judge for the Northern District of Ohio issued a warrant for the arrest of the defendant and ordered his detention. The arrest warrant and detention order stemmed from the defendant's failure to appear in response to a Grand Jury subpoena issued in that district for his appearance in November, 2008 and his failure to appear before Chief Judge Carr on December 17, 2008 to show cause why he should not be held in contempt for the non-compliance. The defendant was arrested on December 19, 2008 in Little Rock, Arkansas. He refused to enter court for an initial appearance and rejected representation by counsel. United States Magistrate Judge Beth Deere ordered his detention and removal to the Northern District of Ohio. The defendant was scheduled to be transported to the Northern District of Ohio on January 5, 2009. The defendant was transported by the United States Marshal's Service and has now appeared before Chief Judge Carr on the warrant issued by him. Judge Carr ordered the defendant be detained.

Defendant filed his current papers seventeen days after his initial detention and on the day he was scheduled to be transported asking that the Court restrain the enforcement of the

Magistrate's Order.  The Court finds the Defendant's motions untimely and moot in light of the fact that the defendant is now in custody in the Northern District of Ohio.  If defendant challenges the jurisdiction of the Northern District of Ohio to order his arrest or detention, he should file his pleadings with that court.

      IT IS SO ORDERED this 12th day of January, 2009.

                                                              James M. Moody
                                                             United States District Judge